

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00460-CR

**IN RE** Franklin Robert **ELKINS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: July 24, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR WANT OF JURISDICTION

On July 8, 2019, relator filed a motion for leave to file a petition for writ of mandamus. No leave is required to file a petition for writ of mandamus; therefore, we deny the motion for leave to file as moot.

In his petition for writ of mandamus, relator seeks to compel the Board of Pardons and Paroles to annul or vacate a March 25, 2019 panel decision and to reconsider the decision en banc. This court's mandamus jurisdiction does not extend to the Board of Pardons and Paroles. *See* TEX. GOV'T CODE § 22.221(a), (b). Therefore, we dismiss his petition for want of jurisdiction.

PER CURIAM

Do not publish

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.